AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| United States of America<br>v.<br>JAIIR COLEMAN, a/k/a "JC", a/k/a "Chino"<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 21-MJ-1206-DLC |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   JAIIR COLEMAN,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances, in violation of 21 U.S.C. §§ 841 and 846; Conspiracy to Possess a Firearm in Furtherance of a Drug Trafficking Crime, and to Use and Carry of a Firearm During and in Relation to a Drug Trafficking Crime, in violation of 18 U.S.C. § 924(o); Possession of a Machine Gun, in violation of 18 U.S.C. § 922(o); Possession of a Machine Gun in Furtherance of a Drug Trafficking Crime, in violation of 18 U.S.C. § 924(c)(1)(B)(ii)

Date: 4/5/2021

*Issuing officer's signature*

City and state:   Boston, Massachusetts     Hon. Donald L. Cabell, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: JAIIR COLEMAN
Known aliases: JC, Chino
Last known residence:
Prior addresses to which defendant/offender may still have ties:

Last known employment:
Last known telephone numbers:
Place of birth:
Date of birth: 09/10/1999
Social Security number: 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
Height: 5'9"    Weight: 110
Sex: Male    Race: Black
Hair: Black    Eyes: Brown
Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number: 312547CE6
Complete description of auto:

Investigative agency and address: FBI, 201 Maple Street, Chelsea, MA

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: